IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

MONA L. GANT                )
                            )
v.                          ) NO. 3:05-1005
                            ) JUDGE CAMPBELL
GENCO DISTRIBUTION          )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 23), dated May 5, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 23) is ADOPTED and APPROVED. Accordingly, Defendant's Motion to Dismiss (Docket No. 15) is DENIED, and Plaintiff shall have ten days from the date of this Order to effect formal service of process on the Defendant, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE